**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>ADAM PACHECO, et al.,<br><br>Defendants. | CASE NO. 2:19-CR-00248-KJD-DJA<br><br>**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER** |

**FINDINGS OF FACTS**

Based on the stipulation of counsel, good cause exists to continue the pretrial motions deadlines for a date closer to the October 31, 2022 trial date. The additional time is to allow the government to produce any additional discovery and to allow defense counsel sufficient time to review all discovery and to prepare for trial, including pretrial motions and notices of defense, if this case cannot be resolved short of trial. The Court finds as follows:

1. Defendants Adam Pacheco and Harolyn Landau are charged with Conspiracy to Commit Wire Fraud (18 U.S.C. § 1349), Wire Fraud (18 U.S.C. §§ 1342 and 2), Conspiracy to Money Launder (18 U.S.C. § 1956(h)), Money Laundering (18 U.S.C. §§ 1956(a)(1)(B)(i) and 2), and Conspiracy to Structure (31 U.S.C §§ 5324(a)(1) and (d)(1)) and (18 U.S.C. § 371). The nature of the charges thus involves financial transactions and conspiracy, which are complex in character.

2. On November 4, 2021 a stipulation for a continuance of trial was submitted to this Court (ECF No. 77), and as a result, trial was set for October 31, 2022. (ECF No. 78).

3. Due to an oversight in said stipulation, motions and notices of defense deadlines were

requested for February 16, 2022. At this time, the parties are in agreement for this Court to move the pretrial motions and notices of defense deadline closer in proximity to the October 31, 2022 trial.

4. Additionally, denial of this request could result in a miscarriage of justice. The additional time requested is excludable in computing the time within which trial must commence under the Speedy Trial Act, 18U.S.C. §3161(h)(7)(A), based on the factors under §3161(h)(7)(B)(i), (iv)).  Additionally, denial of this request for a continuance would deny counsel for the defendants sufficient time to effectively and thoroughly prepare and submit pretrial motions and notices of defense, taking into account the exercise of due diligence.

5. Defendants Pacheco and Landau are not in custody and do not object to this continuance.

## ORDER

**IT IS THEREFORE ORDERED** by and between the parties that the February 16, 2022, deadline for filing of any and all pretrial motions and notices of defenses is vacated and hereby due on or before September 13, 2022, which reflects a date closer to the October 31, 2022 trial date.

**IT IS FURTHER ORDERED** that the deadlines for filing of responsive pleadings, are hereby due on or before September 27, 2022.

**IT IS FURTHER ORDERED** that the deadlines for filing any and all replies to dispositive motions are hereby due on or before October 4, 2022.

DATED: ___February 16, 2022___

_____
THE HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE