KATHLEEN BLISS
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
170 South Green Valley Parkway
Suite 300
Henderson, Nevada 89012
Telephone: 702.318.7375

*Attorney for Adam Pacheco*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM PACHECO,<br><br>Defendant. | Case No. 2:19-CR-248-RFB-DJA<br><br>**STIPULATION TO CONTINUE MOTIONS DEADLINES (TENTH REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney for the District of Nevada, and Christopher Burton, Assistant United States Attorney, and Nadia Ahmed, Assistant United States Attorney; and Kathleen Bliss and Jacqueline Tirinnanzi, counsel for Adam Pacheco, that the Court enter an order, submitted herewith, granting the parties an additional three days within which to file motions and respective responsive pleadings in this Case. The parties show this Court that the date for filing motions is currently March 28, 2023. ( ECF 102). A short continuance of three days should not affect the current schedule for trial, set on May 8, 2023. (*Id.*).

1

The parties show the Court that on March 8, 2023, a superseding indictment was filed, extending the timeframe of the conspiracy five years, from 2005, back to 2000. (ECF No. 108). Counsel for Mr. Pacheco has been traveling on other, unrelated cases and needs additional time to address issues for which she believes motions are warranted.

The due date for motions would be March 31, 2023, with responsive pleadings on April 14, 2023, and any reply briefs due on April 21, 2023. A Master Trial Calendar Scheduling Conference is set on April 18, 2023. (ECF No. 113).

Dated this 24th day of March 2023.

JASON M. FRIERSON
United States Attorney

/s/ Christopher Burton
Assistant United States Attorney

/s/ Nadia Ahmed
Assistant United States Attorney


/s/ Kathleen Bliss
KATHLEEN BLISS, ESQ.
Counsel for Adam Pacheco

/s/ Jacqueline Tirinnanzi
JACQUELINE TIRINNANZI, ESQ.
Counsel for Adam Pacheco

**ORDER**

Based on the stipulation of the parties and for good cause showing, it is hereby ORDERED that the parties' stipulation to a three-day continuance of motions and responsive pleadings is hereby GRANTED.

IT IS THEREFORE ORDERED that the parties herein shall have to and including March 31, 2023 to file any and all pretrial motions.

IT IS FURTHER ORDERED that the parties shall have to and including April 14, 2023 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including April 21, 2023 to file any and all replies.

DATED: March 29, 2023.

_____
Honorable Richard F. Boulware II
United States District Judge