JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
NADIA AHMED
Assistant United States Attorney
Nevada Bar Number 15489
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
nadia.ahmed2@usdoj.gov

*Attorneys for United States of America*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:19-cr-00248-RFB-DJA |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| vs. ) | **SUPPLEMENTAL BRIEFING** |
| ) | **DEADLINE** |
| ADAM PACHECO, ) | **(ECF No. 142)** |
| ) | |
| Defendant. ) | |
| ) | |

The undersigned parties respectfully submit the following Stipulation for the Court's

consideration.

**IT IS HEREBY STIPULATED AND AGREED,** by and between undersigned counsel

for the government and undersigned counsel for the defendant, Adam **PACHECO**, that the

deadline for parties' simultaneous filing of Post Hearing Briefs, currently set for June 1, 2023, be

continued to **June 6, 2023**.

This Stipulation is entered into for the following reasons:

1.      On April 28, 2023, and May 4, 2023, the Court held an evidentiary hearing on

Defendant's Motion to Dismiss. At the conclusion of the hearing on May 4, 2023, the Court

ordered supplemental briefing regarding the Motion to Dismiss and admitted evidence. (ECF

1    No. 142).

2         2.    However, due to unanticipated family matters, counsel for both of the parties

3    need additional time to complete briefing.

4         3.    Counsel for defendant must travel this week to Oklahoma for medical care for a

5    family member.

6         4.    Counsel for the government returned this week travel related to medical issues

7    for a family member.

8         5.    This is the first request for an extension of time in connection with the Motion to

9    Dismiss Post Hearing Briefs deadline, and the parties do not anticipate further requests.

10        **WHEREFORE**, the parties respectfully request that the Court accept their Stipulation

11   and enter an Order extending the time for the filing of Post Hearing Briefs to **June 6, 2023**.

12        **DATED** this 31st day of May, 2023.

13                              Respectfully submitted,

14

15   JASON FRIERSON
     United States Attorney

16   */s/ Nadia Ahmed*                              */s/ Kathleen Bliss*
     _____                    _____
17   NADIA AHMED                                     KATHLEEN BLISS
     Assistant United States Attorneys              Counsel for Adam PACHECO
18   *Attorneys for the United States*

19

20        **IT IS SO ORDERED** this  31st  day of May, 2023.

21

22

23                                             _____
                                               RICHARD F. BOULWARE
                                               UNITED STATES DISTRICT JUDGE
24

2