JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
NADIA J. AHMED
Nevada Bar No. 15489
MINA CHANG
Assistant United States Attorneys
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ADAM PACHECO,<br><br>  Defendant. | Case No. 2:19-cr-248-RFB-DJA<br><br>**Government's Motion to Continue Trial Subpoenas** |

On January 22, 2024, the Court vacated the February 20, 2024 trial date in this matter and reset trial to April 15, 2024. ECF No. 182. The United States respectfully requests that the Court continue in full force and effect all trial subpoenas issued by the United States in the above-captioned matter to the current trial date of April 15, 2024.

Respectfully submitted this 26th day of January, 2024.

JASON M. FRIERSON
United States Attorney

    */s/ Mina Chang*
NADIA J. AHMED
MINA CHANG
Assistant United States Attorneys

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAM PACHECO,<br><br>    Defendant. | Case No. 2:19-cr-248-RFB-DJA<br><br>**[PROPOSED] ORDER** |

Upon consideration of the United States' Motion to Continue Trial Subpoenas,

**ORDER**

IT IS ORDERED that any subpoenas previously served on witnesses for trial in the above-captioned matter are hereby continued and those witnesses remain under subpoena for personal appearance on the first day of trial set to commence on April 15, 2024 at 8:30 a.m. in Courtroom 7C.

Dated this 25th day of January, 2024

_____
HON. RICHARD F. BOULWARE, II
U.S. DISTRICT COURT JUDGE

2