JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
NADIA J. AHMED
Nevada Bar No. 15489
MINA CHANG
Assistant United States Attorneys
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM PACHECO,<br><br>Defendant. | Case No. 2:19-cr-248-RFB-DJA<br><br>**Government's Motion to Continue Trial Subpoenas** |

On April 12, 2024, the Court vacated the April 15, 2024 trial date in this matter and reset trial to May 20, 2024. ECF No. 201. The United States respectfully requests that the Court continue in full force and effect all trial subpoenas issued by the United States in the above-captioned matter to the current trial date of May 20, 2024.

Respectfully submitted this 18th day of April, 2024.

JASON M. FRIERSON
United States Attorney

*/s/ Mina Chang*
NADIA J. AHMED
MINA CHANG
Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM PACHECO,

    Defendant.

Case No. 2:19-cr-248-RFB-DJA

**[PROPOSED] ORDER**

Upon consideration of the United States' Motion to Continue Trial Subpoenas,

## ORDER

    IT IS ORDERED that any subpoenas previously served on witnesses for trial in the above-captioned matter are hereby continued and those witnesses remain under subpoena for personal appearance on the first day of trial set to commence on May 20, 2024 at 8:30 a.m. in Courtroom 7C.

Dated the 18th day of April, 2024

_____
HON. RICHARD F. BOULWARE, II
U.S. DISTRICT COURT JUDGE

2