```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )
                               )   Case No. 2:19-cr-00248-RFB-DJA
            Plaintiff,         )
                               )   ORDER TEMPORARILY UNSEALING
      vs.                      )   TRANSCRIPT
                               )
ADAM PACHECO,
```

Upon the request of Kathleen Bliss, Esq., and good cause appearing:

IT IS HEREBY ORDERED the following transcript which contains a sealed portion shall be unsealed in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portion: 3/25/2024, Competency Hearing.

IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to Kathleen Bliss, Esq.

IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

**DATED** this 16th day of May, 2024.

_____
RICHARD F. BOULWARE, II
U.S. District Judge