JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
NADIA J. AHMED
Nevada Bar No. 15489
MINA CHANG
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
mina.chang@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM PACHECO,<br><br>Defendant. | No. 2:19-cr-00248-RFB-DJA<br><br>**Stipulation to Provide Relevant Records to Bureau of Prisons for Competency Evaluation** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney and Nadia Janjua Ahmed and Mina Chang, Assistant United States Attorneys, counsel for the United States of America, and Michael J. Miceli, Esq., counsel for Defendant Adam Pacheco, that certain records be provided to the U.S. Medical Center for the Federal Bureau of Prisoners (USMCFP) in connection with defendant's competency evaluation under 18 U.S.C. § 4241(d).

This Stipulation is entered into for these reasons:

1. On May 3, 2024, the Court found defendant incompetent to stand trial and ordered him committed for competency restoration proceedings. *See* ECF Nos. 210, 211.

2. Defendant was committed to the U.S. Medical Center for the Federal Bureau of Prisoners (USMCFP) on August 26, 2024. ECF No. 229. Defendant's commitment period will end on December 24, 2024. *See generally* 18 U.S.C. § 4241(d)(1).

3. As part of defendant's evaluation, his primary evaluator at USMCFP contacted the parties' counsel via e-mail to request records regarding defendant's competency, including medical evaluations and records.

4. In order to provide fulsome information pertinent to defendant's competency evaluation, the parties agree to provide USMCFP with relevant documents, including the parties' briefings, transcripts, and psychiatric reports.

5. The parties also seek the Court's authorization to disclose the following sealed filings and their exhibits to USMCFP for the purpose of defendant's competency evaluation: ECF Nos. 181, 183, and 210.

DATED this 12th day of December, 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Michael J. Miceli
MICHAEL J. MICELI, ESQ.
*Counsel for Defendant Pacheco*

/s/ Mina Chang
MINA CHANG
Assistant United States Attorneys
*Counsel for the United States*

**IT IS SO ORDERED:**

This 27th day of December, 2024.

_____
HON. RICHARD F. BOULWARE, II
U.S. DISTRICT COURT JUDGE