MICHAEL J. MICELI, ESQ.
Nevada Bar No. 10151
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
Telephone: 702.474.7554 Fax: 702.474.4210
Email: michaeljmiceli@gmail.com/ kristine.fumolaw@gmail.com
*Attorney for Adam Pacheco*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ADAM PACHECO,<br><br>　　　　　　Defendant. | CASE NO. 2:19-CR-00248-RFB-DJA<br><br><br>MOTION TO APPOINT CO-COUNSEL |

COMES NOW MICHAEL J. MICELI, ESQ., and hereby moves this Honorable Court for an Order granting his request to appoint Mr. CHARLES GOODWIN as co-counsel for Mr. Pacheco. The nature and complexity of this case and the looming trial date are such that the interests of justice require appointment of co-counsel and Mr. Goodwin is well suited to serve that role.

///

///

1

This Motion is based upon the *Guide to Judicial Policies and Procedures*, Vol. 7, Ch 2 § 230.53.20(b), approval from the *Standing Committee of Judges* and the attached memorandum of points and authorities, the pleadings and papers on file herein, and any argument to be entertained.

Dated: 17th day of June 2025.

Respectfully submitted,

*/s/ Michael J. Miceli, Esq.*
MICHAEL J. MICELI, ESQ.
ATTORNEY FOR DEFENDANT
ADAM PACHECO

## MEMORANDUM OF POINTS AND AUTHORITIES

### A. BACKGROUND INFORMATION

This is a two-defendant trial spanning a fourteen count Superseding Criminal Indictment. (ECF No. 108). The undersigned counsel was appointed as counsel for Mr. Pacheco on May 20, 2024. (ECF No. 224). Since that time, approximately terabyte of discovery has been produced thus far. Counsel must wade through this voluminous amount of discovery to investigate and prepare for trial. Attorney Miceli is the 3rd attorney appointed to this case.

It is likely that this case will go to trial and if so, presumably the government will be represented by two attorneys in addition to support staff. Mr. Pacheco should likewise have the benefit at trial of two defense attorneys given the nature and complexity of the case. Mr. Pacheco is a defendant that needs extra attention and needs to discuss all of his concerns and issues about his case. Mr. Pacheco is out on pretrial release at this time.

///

///

2

**B. APPOINTMENT OF CO-COUNSEL**

This case warrants the appointment of co-counsel due to the complex nature of the case and the voluminous discovery provided thus far. *See Guide to Judicial Policies and Procedures*, Vol. 7, Ch 2 § 230.53.20(b). It appears to involve a substantial amount of discovery, a terabyte having been provided thus far. And lastly, this case is currently set for trial for October 20, 2025. (ECF No. 243). Given the volume and complexity of discovery and the looming trial date this case warrants the appointment of co-counsel.

The defense's preferred co-counsel, Mr. Charles Goodwin, is a member of the CJA panel. Mr. Goodwin is capable, well-qualified, and willing to assume co-counsel duties in this case.

For all these reasons, the defense respectfully asks that the Court enter an order appointing Mr. Goodwin as co-counsel for Mr. Pacheco, *Nunc Pro Tunc: June 16, 2025*.

DATED this 17th day of June 2025.

/s/ Michael J. Miceili, Esq.           .<br>
MICHAEL J. MICELI, ESQ.<br>
Nevada Bar No. 10151<br>
PITARO & FUMO, CHTD.<br>
601 Las Vegas Boulevard, South<br>
Las Vegas, Nevada 89101<br>
Telephone: 702.474.7554 Fax: 702.474.4210<br>
Email: michaeljmiceli@gmail.com/<br>
kristine.fumolaw@gmail.com<br>
*Attorney for Adam Pacheco*

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and correct copy of Motion to Appoint Co-Counsel, was served upon all parties and counsel of record through the Court's CM/ECF filing system.

    DATED this 17th day of June 2025.

<u>/s/ Michael J. Miceili, Esq.</u>    .
MICHAEL J. MICELI, ESQ.
Nevada Bar No. 10151
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
Telephone: 702.474.7554 Fax: 702.474.4210
Email: michaeljmiceli@gmail.com/
 kristine.fumolaw@gmail.com
*Attorney for Adam Pacheco*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ADAM PACHECO,<br><br>　　　　　　Defendant. | CASE NO. 2:19-CR-00248-RFB-DJA<br><br>ORDER APPOINTING CO-COUNSEL |

　　　Counsel for defendant ADAM PACHECO has moved for an order appointing co-counsel in this case for trial preparation and trial. The Motion seeking appointment of co-counsel explains the nature of the case, the difficulties it presents, and how, as a result, appointing co-counsel is necessary in the interest of justice. Proposed co-counsel is Charles Goodwin, a member of the CJA Panel.

　　　As required by Volume 7, Ch. 2 § 230.53.20 of the Guide to Judiciary Policies and Procedures, the Court finds that the appointment of an additional attorney in this difficult case is necessary and in the interests of justice.

　　　GOOD CAUSE APPEARING, it is hereby ORDERED that the Clerk of the Court shall notify the CJA appointing authority for the District of Nevada of the appointment of attorney Charles Goodwin as co-counsel for defendant Adam Pacheco. Because Mr. Goodwin is a member of the CJA Panel, he will be compensated at the hourly rate authorized for CJA appointments. Counsel shall be appointed *Nunc Pro Tunc: June 16, 2025*.

IT IS SO ORDERED GOOD CASEU APPEARING, and because Mr. Charles Goodwin is willing to assume co-counsel duties in this case, its here by ORDERED that the Clerk of the Court shall notify the CJA appointing authority for the District of Nevada of the appointment of attorney Charles Goodwin as co-counsel for defendant Adam Pacheco.

Dated this 17 day of June 2025.

_____
UNITED STATES DISTRICT JUDGE

_____